UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 12065
    MANSOOR N MALIK
                                                    CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER

              Debtor
    SSN XXX-XX-7935


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/12/2008 and was not confirmed.

     The case was dismissed without confirmation 07/30/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 31077.00 | .00 | .00 |
| DELAWARE BANK | SECURED VEHIC | .00 | .00 | .00 |
| DELAWARE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 3412.00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | SECURED NOT I | .00 | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CRDTONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL/PROVID | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST EQUITY CARD | UNSECURED | 1661.68 | .00 | .00 |
| RIVER NORTH GROUP | DEBTOR ATTY | 1,500.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12065 MANSOOR N MALIK

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                         ---------------      ---------------
TOTALS                             .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE